FILED

07 DEC 13 PM 4:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2337 L LSP

Van J. Ross

v.

Leslie Wolf, Steven J. Carrol, Juliana B. Humphrey, etc

)
)
)
)
)
)
)
)
)
)

Civil No.

REQUEST FOR APPOINTMENT OF
COUNSEL UNDER THE CIVIL RIGHTS
ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
DECLARATION IN SUPPORT OF
REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A. my claim is meritorious (that is, I have a good case), and

   B. I have made a reasonably diligent effort to obtain counsel, and

   C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

   ___ Yes     _X_ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

  B. Do you question the correctness of the Commission's "no reasonable cause" determination?

  ____ Yes  _X_ No

  C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

   <u>X</u> Yes     ___ No

   If "YES," give the following information about <u>each</u> attorney with whom you talked:

Attorney: <u>Lawyer Referral Service of Attorney Search Network</u>
When: <u>Recently</u>
Where: <u>San Diego</u>
How (by telephone, in person, etc.): <u>Telephone</u>
Why attorney was not employed to handle your claim: <u>Referred to Bar Assn.</u>
<u>of San Diego at (619) 231-8585</u>

Attorney: <u>Bar Association of San Diego (Monica)</u>
When: <u>Recently</u>
Where: <u>San Diego</u>
How (by telephone, in person, etc.): <u>Telephone</u>
Why attorney was not employed to handle your claim:
<u>No Lawyer that handles those issues (619) 231-0781</u>

Attorney: <u>Bar Association of San Diego - Referral - Julia</u>
When: <u>Recently</u>
Where: <u>San Diego</u>
How (by telephone, in person, etc.): <u>Telephone</u>
Why attorney was not employed to handle your claim:
<u>Referred to State Bar (800) 843-9053 (who gave me</u>
<u>info on how to file a complaint).</u>

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim: I have been writing for 3 years and calling lawyers for 3 years and have yet to get anyone to take on my case.

6. Give any other information which supports your application for the court to appoint an attorney for you: After over 6 years of effort, I have to file this cause myself, but I don't have the legal training to proceed further.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: Leslie Wolf
233 "A" Street, Suite 500
San Diego, CA 92101-4009
(619) 338-4700
Fax (619) 338-4811

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A. <u>Employment</u>

Are you employed now?  _X_ yes  ___ no  ___ am self-employed

Name and address of employer:
Downtown San Diego Partnership
1111 - 6th Ave
San Diego, CA 92101

1   If employed, how much do you earn per month? __1839.54__
2   If not employed, give month and year of last employment: __NA__
3   How much did you earn per month in your last employment? __Approximately $600.00__
4   If married, is your spouse employed? ___ yes  _X_ no
5   If "YES," how much does your spouse earn per month? __NA__
6   If you are a minor under age 21, what is your parents' or guardians' approximate monthly
7   income? __NO__

9       B.    Assets
10          (i)    Other Income
11   Have you received within the past 12 months any income from a business, profession or other
12   form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity
13   payments or other sources? _X_ yes ___ no
14   If "YES," give the amount received and identify the sources:

15       $ Received                Source
16   About $600.00 (April-September 2007)   San Diego Padres
17   $80.00 (varied)                Sports Arena
18   100.00 (July-December)        San Diego Chargers

28   (Attach additional sheets as necessary)

(ii) Cash

Have you any cash on hand or money in savings or checking accounts? _X_ yes ___ no

If "YES," state total amount: $200.00

(iii) Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? _X_ yes ___ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| 500.00 | CAR - 1988 Volvo |

C. Obligations and Debts

(i) Dependents

Your marital state is: ___ single ___ married ___ widowed, separated or (divorced)

Your total number of dependents is: 1

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| Thomas A. Hester (Grandson) | varied |

1
2          (ii)    Debts and Monthly Bills
3   List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: David Weinrieb | 8,840 year | 895.00 |
| Mortgage on Home: | | |
| Others: Court-ordered Debt Collection | 981.00 | 50.00 |
| unpaid hospital bill from January 2005 surgery. Approximately $1,500.00 | | |

9.    Signature

I declare under penalty of perjury that the above is true and correct.

Requesting opportunity to Admend this document

Dated: 12-11-07

_____Van J Ross_____
Signature

(Notarization is not required)