Case: 3:07cv2337

Van J Ross T-04582
Donovan State Prison
480 Alta Road
San Diego, CA 92179

------------------------------------------------------------

Returned Mail
No forwarding address
Extra pages discarded
Date  1-3-08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN J. ROSS,<br><br>       Plaintiff,<br>vs.<br><br>LESLIE WOLF, *et al.*<br><br>       Defendants. | CASE NO. 07cv2337-L (LSP)<br><br>ORDER (1) GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*; (2) DISMISSING COMPLAINT WITHOUT PREJUDICE; (3) DENYING REQUEST FOR APPOINTMENT OF COUNSEL |

  Plaintiff Van J. Ross, proceeding *pro se*, has submitted a complaint alleging that in December 2000, Defendant Leslie Wolf, a public defender, incorrectly advised him to plead guilty in state court, which resulted in a longer sentence. Defendant also alleges that the state court charged him an excessive amount, apparently for restitution. With his complaint, Plaintiff filed a Motion to Proceed in *Forma Pauperis* ("IFP") and a Request for Appointment of Counsel.

  All parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff's declaration shows he has insufficient income and assets to pay the filing fee. Accordingly, Plaintiff's motion to proceed IFP is **GRANTED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RECEIVED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

INMATE PAROLED
RETURN TO SENDER